**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
ROBERT CASTORENA, et al.,      )    NO. CV 10-458-JHN(E)
                               )
          Plaintiffs,          )
                               )
     v.                        )    JUDGMENT
                               )
ATASCADERO STATE HOSPITAL,     )
et al.,                        )
                               )
                               )
          Defendants.          )
                               )
_____)
```

   IT IS ADJUDGED that the action is dismissed without prejudice.


   DATED: March 28, 2011

                              _____
                                   JACQUELINE H. NGUYEN
                                UNITED STATES DISTRICT JUDGE